# Exhibit B:
# Letter from Sgt. Osborne

LDS/W04W2579

Sgt. Osborn CPD o/l
#1316

This warrant is not the same Cole, Darren
(400-1607-0357)

Darren Cole (872)(233-5409)

10 of 8