# Exhibit A:
# Marion County Letter

ATTN: Armanda



# SHERIFF JERRY A. DeVORE
MARION COUNTY, ILLINOIS

November 24, 2014

To Whom It May Concern:

Please be advised that Darren Cole, date of birth December 16, 1970, who lives at 1046 N Keystone, Chicago, IL, 60651, is not the same person as Cole, Darren H, whose last known address was Decatur, IL, and whose date of birth is also December 16, 1970, and has a Marion County Failure to Appear Warrant for Driving on Suspended License. Please do not detain Darren Cole of 1046 N Keystone, Chicago, IL, 60651 on the Marion County IL warrant. Thank you.

Sincerely,

*Jerry A DeVore*

Sheriff Jerry A. DeVore

204 NORTH WASHINGTON     SALEM, ILLINOIS 62881
PHONE 618.548.2141     FAX 618.548.0043     EMERGENCY 9-1-1

TODD A. GARDEN, *LIEUTENANT*     JEFF WHITE, *ADMINISTRATOR*
DAVID HILTIBIDAL, *SERGEANT*     FORREST ELKINS, *SERGEANT*     KEVIN CRIPPS, *SERGEANT*
DALE EDDINGS, *JAIL SERGEANT*     MARK SIMMONS, *JAIL SERGEANT*     BRYAN CARTER, *JAIL SERGEANT*

Darren Cole (872) (233-5409)     3 of 8