# Exhibit B:
# Letter from Sgt. Osborne

Darren Cole (872)(233-5409)
1 of 8

LDS/W04W2579
Sgt. Osborn CPD off
#1316
This warrant is not
the same Cole, Darren
(400-1607-0357)