# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Darren Cole

                Plaintiff,

v.                                           Case No.: 1:21–cv–01640
                                                    Honorable Mary M. Rowland

City of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 29, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Case called for hearing on Plaintiff's motion for temporary restraining order/preliminary injunction [4]. Counsel and plaintiff Mr. Cole appeared via video conference. Plaintiff reported the parties have resolved the motion for injunctive relief. Parties stated the remedial measures the City and the Chicago Police Department has agreed to on the record. Some of the remedial measures have already been completed. By 4/2/21, Parties shall file a joint written status report indicating all remedial measures have been completed and confirming that Plaintiff withdraws his motion for TRO/preliminary injunction. The Court notes that Mr. Cole's personal information (DOB, DL number, address) was filed in the public record at Exhibits A and B to the Motion and Exhibits A and B to the Complaint. The Clerk of Court is directed to seal Exhibits A and B at Dkt 1 and Exhibits A and B at Dkt. 4. Counsel is granted leave to file a redacted copy of Exhibits A and B. Defendants are to given until 4/26/21 to respond to the Complaint. Mailed notice. (dm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.