IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Darren Cole, | |
| Plaintiff, | No. 21-CV-1640 |
| v. | Hon. Mary M. Rowland |
| The City of Chicago, | |
| Defendant. | |

**JOINT STATUS REPORT**

In accordance with this Court's March 29, 2021 order (Doc. 8) the Parties jointly submit this status report:

1. On March 25, 2021 Plaintiff filed the complaint in this matter alleging violations of his Fourth Amendment Rights. (Doc. 1). On March 26, 2021 Plaintiff filed his Motion for a Temporary Restraining Order/Preliminary Injunction seeking emergency relief from this Court. (Doc. 4). Specifically, the Plaintiff sought a Court order requiring the Chicago Police Department to (1) take immediate steps to ensure that CPD officers will no longer unlawfully detain or arrest Mr. Cole, including making appropriate notations in all relevant warrant and CLEAR databases; (2) provide Mr. Cole with official documentation that indicates that he is not the subject of the outstanding warrant for Darren H. Cole and/or the CLEAR record for Darren H. Cole; and (3) any other relief necessary to protect Mr. Cole from future unlawful detentions or arrests at the hands of CPD. This Court set a hearing on Plaintiff's Motion on March 29, 2021. (Doc. 5).

2. On the morning of March 29, 2021, Counsel for the Defendant informed Counsel for the Plaintiff that the Chicago Police Department/City of Chicago took the following actions:

   a. Facilitated the withdraw of the Marion County warrant at issue; (see Ex 1)

   b. Ensured that the warrant is no longer in the LEADS system;

  c. Sent a message to all units informing officers that there is no outstanding warrant for Plaintiff and that the warrant at issue has been withdrawn; the message was sent to all squad cars roughly every four hours beginning on March 29th, 2021, and ending on March 31st, 2021, (See Ex 2)

  d. Read the message in Exhibit 2 at CPD roll calls beginning on March 29th, 2021, and ending on April 1st, 2021, and posting on the CPD's message center; (See Ex. 3)

  e. Confirmed there are no entries into the CPD's CLEAR system indicating that Plaintiff has any gang affiliations.

3. Counsel for the City confirmed on the record at the motion hearing that these steps had been taken. The City has since provided Plaintiff with documentation of the above-steps.

4. Through this submission the City of Chicago re-confirms the measures described above. As a result, the Plaintiff withdraws his Motion for a Temporary Restraining Order/Preliminary Injunction (Doc. 4) with leave to refile if the remedial measures described herein fail to remedy his harms.

Respectfully submitted:


/s/ __Sheila A. Bedi_____
*One of Plaintiff's Attorneys*

Sheila A. Bedi
Luke Fernbach*
Sara Rosenburg*
Community Justice Civil Rights Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-2492
Sheila.Bedi@law.northwestern.edu
*Law student licensed pursuant to Illinois Supreme Court Rule 711*

Daniel Massoglia

First Defense Legal Aid
601 South California Avenue
Chicago, Illinois 60612
(708) 797-3066
Daniel@first-defense.org


/s/ Marion C. Moore
*One of Defendant's Attorneys*

Marion C. Moore, Chief Assistant Corporation Counsel
Bret Kabacinski, Assistant Corporation Counsel Supervisor
Nicholas T. Peluso, Assistant Corporation Counsel
Danielle Alvarez, Assistant Corporation Counsel
2 N. LaSalle, Suite 420
Chicago, IL 60602
312-744-5170
Atty No. 6302566