# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Darren Cole

                Plaintiff,

v.                                          Case No.: 1:21−cv−01640

                                                      Honorable Mary M. Rowland

City of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 22, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Counsel appeared telephonically. Defendant wishes that the court rule on the fully briefed motion to dismiss prior to allowing Plaintiff to file an amended complaint. For the reasons stated on the record, Plaintiff's motion for leave to file a first amended complaint [31] is held in abeyance until after a ruling is issued on the pending motion. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.