# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Darren Cole, | ) | |
| | ) | Case No. 21 C 1640 |
| Plaintiff, | ) | |
| | ) | Judge Mary M. Rowland |
| v. | ) | |
| | ) | Judge Sunil R. Harjani |
| The City of Chicago, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff Darren Cole, by one of his attorneys, Daniel Massoglia; and Defendant City of Chicago, by its attorney, Celia Meza, Corporation Counsel of the City of Chicago, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of plaintiff Darren Cole against Defendant City of Chicago are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

ENTER: *Mary M Rowland*
The Honorable Mary M. Rowland
United States District Judge
DATED: May 25, 2022